# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,      )
     )     No. 70223-8-I
         Respondent,      )
     )     DIVISION ONE
     v.      )
     )     UNPUBLISHED OPINION
EURAL DEWAYNE DEBBS, SR.,      )
     )     FILED: JUL 7 2014
         Appellant.      )

PER CURIAM — Eural Debbs appeals his convictions for witness tampering and fourth degree assault, arguing that the trial court erred in instructing the jury that it had a "duty to return a verdict of guilty" if it found all the elements of the offense beyond a reasonable doubt. This argument is controlled by our decision in State v. Ryan P. Moore, ___ Wn. App. ___, 318 P.3d 296 (2014) and the cases cited therein.

Affirmed.

For the Court: